1 | Name: Alicia Mercado
2 | Address: 322 Eddie Dr. Vista, Ca.
3 | Telephone Phone: 760 442-4247
4 | Email: missmercado760@gmail.com

**FILED**
Feb 09 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ JenniferS   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Alicia Mercado, Angel Guzman, Verenice Gaona, Kane A. Verdugo, Aliscia Banderas and the people,

Plaintiff(s),

v. National Relation Labor Board, US Board Of Education, Vista Unified School District, Oceanside School District, Federal Trade Commission, California School Employees Association, and 50 individual defendants

Defendant(s).

please see Attachments 1.A + 1.B

Case No.: **'18CV0324 GPC NLS**
(assigned at time of filing)

**COMPLAINT**

**I. RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?
☐ Yes   ☒ No

b. If yes, please list the case numbers here:

**II. STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1. Rich Alderson - Vista Unified Board of Trustees - President
2. Carol Weise Herrera - Vista Unified School Board
3. Jim Gibson - Vista Unified School District
4. Vista Unified School District Board
5. Cipriano Vargas - Vista Unified School District
6. Joe Green - City of Vista Council member
7. Vista Unified School District PTA
8. Dr. Eric Chagala - Principal Vista Innovation Design Academy
9. Michelle Ward - VUSD
10. Lisa Sandoval - VUSD Campus Assistant
11. Frances Maus - VUSD payroll
12. Vista Unified Payroll department
13. Alaina Jankly - VUSD
14. Elizabeth O'Shea West - VUSD
15. Arleen Lloyd - VUSD
16. Mrs Jolene Nakamoto - VUSD
17. Hannalei Elementary - VUSD
18. Tracy Zachary - VUSD Principal Hannalei
19. ASES Hannalei Elem - VUSD
20. Vista High School - VUSD
21. Andy Crouch - VUSD - Vista High
22. Alta Vista High School - VUSD
23. Mrs JoAnn Jones - VUSD          Alta Vista High
24. Oralia Kawano - VUSD            Alta Vista High
25. Inez Garcia - VUSD              Alta Vista High
26. Russell Gotteman - VUSD
27. Mary Holven - CSEA
28. Laura E. Zirino - CSEA

1.A

1. Sheryll Bull – Oceanside Unified School District CSEA
2. Mission Elementary – OUSD Onsd District
3. Mission Elementary ASAP – OUSD
4. Andrew Estrada – OUSD
5. Niomi Shadwell – OUSD
6. Oceanside Unified School District Nutrition Services
7. Barbara Stradley – CSEA OUSD
8. Cindy Clark – CSEA OUSD
9. Jose Sanchez – CSEA OUSD
10. Lincoln Middle School – OUSD
11. Christina Christensen – OUSD
12. Nature's Design
13. Walmart 3405 Marron Rd.
14. JanetLee Swan – Walmart
15. Homegoods Encinitas
16. Z. Harriz #7328 – San Diego County Sheriff's
17. Michael Astorga – San Diego County Sheriff
18. Craig Samuel B. – Vista Fire Department
19. Mario Genera – San Diego County Sheriff
20. Jeff Geyer – VUSD
21. Sheryll Rogers – OUSD
22. Cheri Sanders – OUSD

1B

1. Individual and official defendants have deprived myself, my children, the Nation and the Nations' People of Rights, Responsibilities and Protections of Life.
2. Defendants have committed fraudulent Actions in the execution of their official duties and responsibilities by unlawful measures of Neglect, Fraud, Theft, and Abuse.
3. Defendants have inflicted myself, my children and the Nations' People with emotional and economic Distortions and Hardships.
4. Exhibit pages numbering 1 through 612, Identified as Decleration of Facts.

Question of Law –
What is a Hostile environment?
Is a Hostile environment Unconstitutional and In violation of Human Rights?
Is the rule of Law created to Protect Human Rights of Life?

I declare under penalty of perjury that Hostile environments are created and brought into existence when Human, Rights, responsibilities and protections of Life are violated compelling the human mind body and heart to mental, emotional and physical distortions that may cause self distruction to a human and or massive distruction among humanity.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

1. That human rights be protected by Rule of Law.
2. That the rule of Law for the protection of human rights be proclaimed to Universal Performance Education, Human Rights, Responsibilities and protections of Life Act 2018 an act to amend Human, Civil, Consumer and labor Laws.
3. That the rule of law provide legal acknowledgement that violations against human Rights create emotional and mental distortion to the human mind
4. That the rule of Law provide legal measures of prevention, protection and legal measures in the protection and prevention of Abuse, Fraud, Theft and Neglect of Human Rights.
5. That the rule of Law provide legal Recognition and legal measures requiring any and all systems that have Human interaction, to provide Performance Education to any and all human Participants prior to engaging in participation of representation of the given system. Otherwise the system would be acting outside of the law.

3

6. That the rule of Law legally require Vista Unified School District, Oceanside Unified School District, Vista Sheriff Department, City of Vista, Nature's Design, National Relations Board, Federal Trade Commission, US Board of Education along with all entities consisting of Humans who operate and or conduct business thru legal means, to immediately provide awareness, education and training of the behavioral laws, policies and procedures that govern the humans participation and is required by law to follow for the purpose of participating in a safe and in accurate representation of participation agreement.

7. That the rule of law require the immediate seizure of Deputies and or peace officer using Naloxone, which deputies in Vista use to block the effects of opioid drugs, while I understand the subdue technique, it compels and brings about The Fruit of the Poisonous Tree Doctrine.

3.A

8. That the rule of law prohibit any and all systems (under any name and/or Title) consisting of human participation to compel any human to membership and or association with union as part or requirement of participation, Particulily as requirement for employment and or Education, the rule of law can exclude where the system is a Union and the human can individualy choose membership and or association.

9. That the Vista Unified School District be ordered to submitt a payment to Plaintiff Alicia Mercado in reimbursement of wages and employment opportunities computed as follow.

- Stolen wages 1st year                 $41,140.44
- Plaintif overpayment to defendant      10,324.00
- 3yrs accurate wages Base pay          48,303.32
  Total reimbursement due            $ 99,767.76
  to Plaintiff Alicia Mercado

10. that all Defendants be ordered to pay punitive damages in the amount of 20% of each individual's yearly Salary including Defendants considered association will also require payment of 20% of the associations yearly salary.

3.B

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes      ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

2-9-18
Date

*Alicia Mercado*
Signature

Alicia Mercado
Printed Name