UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MERCADO, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:18-cv-00324-GPC-KSC<br><br>**ORDER (1) DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 5];**<br><br>**(2) DISMISSING WITHOUT PREJUDICE THE AMENDED COMPLAINT;**<br><br>**(3) DENYING WITHOUT PRJEUDICE MOTION TO APPOINT COUNSEL [ECF No. 3]; and**<br><br>**(4) DENYING AS MOOT MOTION TO DISMISS [ECF No. 6]** |

Plaintiffs filed this case without paying the filing fee. (*See* ECF No. 1.) The same day the case was filed, Plaintiff Mercado filed a motion to proceed in forma pauperis (ECF No. 2) and a motion to appoint counsel (ECF No. 3). One of the many defendants in this case has filed a motion to dismiss. (ECF No. 6.)

All parties instituting any non-habeas "civil action, suit, or proceeding" in a federal

district court must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP under § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007). The plaintiff must submit an affidavit demonstrating her inability to pay the filing fee and including a complete statement of the plaintiff's assets. 28 U.S.C. § 1915(a)(1). When a plaintiff moves to proceed IFP, the court first "grants or denies IFP status based on the plaintiff's financial resources alone and then independently determines whether to dismiss the complaint" pursuant to 28 U.S.C. § 1915(e)(2). *Franklin v. Murphy*, 745 F.2d 1221, 1226 n.5 (9th Cir. 1984).

    In the motion to proceed in forma pauperis, Plaintiff Mercado indicates that she is employed by the Oceanside Unified School District. (ECF No. 2 at 2.) She does not, however, indicate her gross monthly pay from that employment. (*Id.*) Without knowing Plaintiff Mercado's income amount, the Court cannot assess whether she can afford to pay the filing fee. The motion to proceed IFP is therefore DENIED WITHOUT PREJUDICE. Because no filing fee has been paid, and because no other plaintiff has filed a motion to proceed IFP, the operative amended complaint is DISMISSED WITHOUT PREJUDICE. The motion to appoint counsel is DISMISSED WITHOUT PREJUDICE. The motion to dismiss is DENIED AS MOOT.

    **IT IS SO ORDERED.**

Dated: May 24, 2018

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2016)). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*